In the Matter of the Arbitration between PIEDMONT SHIRT COMPANY, Respondent, and COMMERCIAL CAPITAL CORPORATION, Appellant.

Argued March 11, 1948; decided April 22, 1948.

*Benjamin Heller* for appellant.

*Elliott B. Paley* and *Joseph W. Rosenberg* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.